**Opinion issued May 11, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00226-CV

———————————

## IN RE CHARLES WATSON, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Charles Watson, has filed a petition for writ of mandamus challenging the trial court's March 14, 2017 order (1) denying his motion for an extension of discovery to conduct depositions and (2) granting real party in interest's cross-motion for a protective order from the depositions.[1] We deny the petition. Any pending motions are dismissed as moot.

---

[1]  The underlying case is *Charles Watson v. Tiffanie L. Purvis*, cause number 14-06-22571, pending in the 506th District Court of Waller County, Texas, the Honorable Albert M. McCaig, Jr. presiding.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Huddle